```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 43640
   THOMAS S BUTVILAS
   JOAN E BUTVILAS                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1319     SSN XXX-XX-1248

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/24/2004 and was confirmed 01/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITIFINANCIAL INC          CURRENT MORTG    7029.01            .00        7029.01
DELL FINANCIAL             SECURED           100.00           2.37         100.00
DELL FINANCIAL             UNSEC W/INTER     190.08          16.73         190.08
SELECT PORTFOLIO SERVICI   CURRENT MORTG   65790.28            .00       65790.28
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE    5522.41            .00        5522.41
HINSDALE BANK & TRUST      SECURED          2310.00          72.00        2310.00
MORTGAGE ELETRONIC         NOTICE ONLY    NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      49.89            .84          49.89
CITIFINANCIAL INC          SECURED NOT I       .00             .00            .00
LEGAL HELPERS PC           DEBTOR ATTY     1,950.00                      1,950.00
TOM VAUGHN                 TRUSTEE                                       4,847.82
DEBTOR REFUND              REFUND                                       14,565.72

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE           102,447.15

PRIORITY                                        .00
SECURED                                   80,751.70
    INTEREST                                  74.37
UNSECURED                                    239.97
    INTEREST                                  17.57
ADMINISTRATIVE                             1,950.00
TRUSTEE COMPENSATION                       4,847.82
DEBTOR REFUND                             14,565.72
                  ---------------        ---------------
TOTALS             102,447.15             102,447.15


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 43640 THOMAS S BUTVILAS & JOAN E BUTVILAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 43640 THOMAS S BUTVILAS & JOAN E BUTVILAS